The People of the State of New York, Respondent, 
against
Norman Thomas, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Mary V. Rosado, J.) rendered May 6, 2016, convicting him, upon a plea of guilty, of driving while intoxicated per se, and sentencing him, inter alia, to a fine of $1,000.




Per Curiam.
Judgment of conviction (Mary V. Rosado, J.), rendered May 6, 2016, affirmed.
We are unpersuaded that the bargained-for sentence imposed upon defendant's conviction for driving while intoxicated per se (see Vehicle and Traffic Law § 1192[2]), including payment of a $1,000 fine, was unduly harsh or excessive, and find no extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Fair, 33 AD3d 558, 558 [2006], lv denied 8 NY3d 945 [2007]). The defendant was sentenced in accordance with his bargained-for plea and should not now "be heard to complain that he received what he bargained for" (id. at 558, quoting People v Chambers, 123 AD2d 270, 270 [1986]). Although the defendant now claims that he is indigent, he never sought relief from the fine by way of a CPL § 420.10(5) motion for re-sentencing (see People v Toledo, 101 AD3d 571 [2012]), lv denied 21 NY3d 947 [2013]), and indeed, has paid the fine.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 04, 2017